United States District Court
Northern District of Alabama
Western Division

Cadrious Dashun Batts,
   Petitioner,

V.

United States of America
   Respondent.

Case No. 7:25-CV-01150-CLM-JHE

FILED
2025 SEP 22 P 2:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

### Petitioner motion for clarification of sentence

Petitioner was sentence out of this court and would like for this court to give some clarification on how his sentence is to be structured.

Petitioner was sentenced to 84 months and 60 months for supervision for brandishing a firearm.

Also, armed bank robbery and was sentence to 156 months and 60 months for supervision.

I was sentenced to 240 months and 60 months supervision.

The clarification that I need is which sentence is to be served first. The federal bureau prison is unsure which is to be served first because of the way my paper work is. I looked at some case law and I believe my 924 (c)(1)(A)(II) should be served first.

So, I, the petitioner ask the court to look into this matter because I have served 11 years 2 months and I would like to be able to participate in other programs.

This motion is not a 2241. I just would like my sentencing court to review this matter.

Executed this 17th day of September, 2025

Respectfully submitted

*Cadrious Batts* (signature)

Cadrious Dashun Batts
Register No. 31735-001
F.C.I. Elkton
Federal Correctional Institution
P.O. Box 10
Lisbon, OH 44432

⇔31735-001⇔
Cadrious Batts
Unit GB
Federal Satellite Low Elkton
P.O Box 10
Lisbon, OH 44432
United States

CLEVELAND OH 440

18 SEP 2025 PM 7 L

1775

⇔31735-001⇔
Fed Dist Court
1729 5TH AVE N
Birmingham, AL 35203
United States

35203-200099