# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

**VS.**                                              7:14-cr-248-ACA-GMB-1

**CADRIOUS DASHUN BATTS,**
**Defendant.**

## ORDER

In 2015, Defendant Cadrious Dashun Batts was convicted of two counts of armed bank robbery, in violation of 18 U.S.C. § 2113(a), (d), and one count of brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c)(1)(A)(ii). (Doc. 58 at 1). The court imposed a sentence of 156 months for the armed robberies, to be followed by 87 months for the firearm offense. (*Id.* at 2). The court also imposed a term of sixty months' supervised release. (*Id.* at 3). Mr. Batts now moves for clarification of his sentence, seeking an explanation about which part of his sentence is to be served first. (Doc. 115 at 1). The court **GRANTS** the motion and **CLARIFIES** the judgment as follows.

Under 18 U.S.C. 3584(c), "[m]ultiple terms of imprisonment ordered to run consecutively or concurrently shall be treated for administrative purposes as a single, aggregate term of imprisonment." However, to the extent that statute does not resolve Mr. Batts's uncertainty about his sentences, the plain language of the

judgment requires the sentence for the firearm offense to run after completion of the sentences for the robbery offenses. (*See* doc. 58 at 2).

    **DONE** and **ORDERED** this October 6, 2025.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE